CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　Plaintiff,<br>　v.<br><br>LIL SUGARS, LLC, a California Limited Liability Company<br><br>　　　Defendants. | **Case:** 2:21-cv-00502-JAM-DB<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Lil Sugars, LLC, a California Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 20, 2021　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# PROOF OF SERVICE
## Whitaker v. Lil Sugars, LLC
## 2:21-cv-00502-JAM-DB

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 8033 Linda Vista Rd Suite 200 San Diego Ca 92111.

On July 20, 2021 I served the following document(s):
- **Plaintiff's Notice of Voluntary Dismissal With Prejudice Fed. R. Civ. P. 41(a)(1)(A)(i)**

Addressed to:

> **Lil Sugars, LLC**
> 6839 Lonetree Blvd
> Rocklin, CA 95765

- ☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Friendswood, Texas.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNIGHT EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box in Friendswood, Texas.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.
- ☐ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on July 20, 2021, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Kayla Drayton*

Kayla Drayton